EARLINGTON REALTY CORPORATION v. SUPERIOR NOVELTY MANUFACTURING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY J. SCHNITZER v. LOUIS M. JOSEPHTHAL and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALFREDO PERALTO v. FRANCISCO ESCOBAR.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD A. MACAULAY v. LOUIS ROTHHOLZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the CITY OF NEW YORK (Eastchester Road).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the CITY OF NEW YORK (Kinsella Street).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the CITY OF NEW YORK (Wallace Avenue).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAWRENCE BERENSON, as Receiver, etc., v. FARMERS' LOAN AND TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The RICH-SAMPLINER KNITTING MILLS COMPANY v. CRESCENT KNITTING CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILLER BROS. HAT CO., INC., v. A. D. SMITH SONS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ASANO BUSSAN COMPANY v. H. LESLEY SKINNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ASANO BUSSAN COMPANY v. H. LESLEY SKINNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BURTON S. CASTLES v. MAX ROVENGER and Others, Impleaded with MAURICE COHN and Others.— Motion granted, with leave to respondent to move to vacate stay if appeal be not promptly presented. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE M. ROWAN, as Administratrix, etc., v. MORRIS GOLDFARB, Defendant. ANNA GOLDFARB, as Administratrix, etc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL KRIDEL and Others v. SCHAI BILIK and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NAOMI LUBANSKY and Others v. LOUIS KOPPELMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JOSEPH H. ODELL for Admission to the Bar.— Petition denied upon report of committee on character and fitness, with leave to renew as indicated by said report. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.